# SHER TREMONTE LLP

March 21, 2023

**VIA ECF**

The Hon. Judge Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Martin Handler, et al.,* No. 23-CR-004 (JHR)

Dear Judge Rearden:

      We represent Isidore Handler, a defendant in the above-referenced matter. We write to respectfully request a temporary modification to Isidore Handler's conditions of release in order to allow him to travel with his wife to Florida. Pretrial Services has no objection and the government defers to Pretrial.

      Under the terms of his bail conditions, Mr. Handler's travel is restricted to the Southern District of New York, the Eastern District of New York, and the District of New Jersey. Dkt. No. 13. Mr. Handler and his wife wish to travel together to the Surfside area of Miami, Florida on March 23 and return home on March 27. If the Court grants this request, they will stay at the Altair Hotel, located at 9540 W Bay Harbor Drive, Bay Harbor Islands, Florida 33154.

      We have conferred with Pretrial Services, and it advises that because Mr. Handler has complied with all conditions of his release, they have no objection to this request. The government defers to Pretrial.

      We appreciate the Court's consideration.

Respectfully submitted,

/s/ _____

Justine A. Harris

---

The requested bail modification is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

March 22, 2023
New York, New York