USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 23 Cr. 4 (JHR) |
| -v.- | ORDER |
| ISIDORE HANDLER, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Isidore Handler may wish to enter a change of plea. Accordingly, on **September 6, 2023** at **11:30 a.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 30, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge