UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ISIDORE HANDLER,

               Defendant.

**WAIVER OF INDICTMENT**

S1 23 Cr. 004 (JHR)

            The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Isidore Handler
Defendant

_____
Witness

_____
Justine Harris, Esq.
Raphael Friedman, Esq.
Attorney for Defendant

Dated: New York, New York
           , 2023