

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/23/2024

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 22, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 217. SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: February 23, 2024

Re:   *United States v. Isidore Handler*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

Pursuant the Court's Individual Rules and Practices in Criminal Cases, the Government respectfully requests permission to file on the public docket the Government's sentencing submission and accompanying exhibits with certain redactions to protect the names of non-party witnesses. *See*, *e.g.*, *U.S. Sec. & Exch. Comm'n v. Ahmed*, No. 3:15 Civ. 675 (JBA), 2018 WL 4266079, at *3 (D. Conn. Sept. 6, 2018) (finding that non-party's confidentiality interest "substantially outweigh[ed] the public's right of access" and granting motion to seal). Contemporaneous to the filing of this letter, the Government will provide the Court and defense counsel via email with unredacted copies of its sentencing submission and accompanying exhibits.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By:   ____/s/_____
Catherine Ghosh
Daniel H. Wolf
Assistant United States Attorneys
(212) 637-1114 / 2337

cc: Counsel of Record (via ECF)