UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   -v.-<br><br>ISIDORE HANDLER,<br><br>                           Defendant. | 23 Cr. 00004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Upon defense counsel's application, Defendant Handler's sentencing is adjourned to **April 18, 2024** at **10:00 a.m.**

SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                                                                        JENNIFER H. REARDEN
                                                                                        United States District Judge