

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**Application GRANTED.**

June 25, 2024

The Clerk of Court is directed to terminate ECF No. 356.

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: June 26, 2024

Re:   *United States v. Harold Schwartz*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

    The Government writes to respectfully request that (a) the deadlines for preparation and disclosure of the Presentence Report for defendant Harold Schwartz be adjourned *sine die*, and (b) Schwartz's current sentencing date of September 5, 2024 be vacated and converted to a date by which the parties are to update the Court concerning scheduling of the Presentence Report and sentencing. The Government makes these requests because Schwartz's cooperation remains ongoing, and the Government will be in a better position to determine after Schwartz's cooperation has concluded, in accordance with the parties' plea agreement, whether Schwartz has provided substantial assistance in an investigation or prosecution.

    Both Schwartz's counsel and the Probation Office consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:      /s/
    Jacob R. Fiddelman
    Stephanie Simon
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-1024/-2581/-2337

cc:   Counsel of Record