# SHER TREMONTE LLP

December 17, 2024

<u>VIA ECF</u>

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Isidore Handler*, No. 23-CR-004 (JHR)

Dear Judge Rearden:

      We represent Isidore Handler, who is scheduled to be sentenced before Your Honor on December 19, 2024. We write pursuant to the Court's Individual Rules and Practices in Criminal Cases, Rules 10.C and 10.D, to request permission to file a supplemental exhibit under seal, further to Mr. Handler's Sentencing Memorandum (ECF No. 215). The exhibit is a letter from a psychologist.

      In accordance with the Court's Rules and Practices, contemporaneously with the filing of this letter motion, we are filing the exhibit under seal and emailing an unsealed copy of the same to the Court and the government.

      We appreciate the Court's consideration.

Respectfully submitted,

/s/ *Justine A. Harris*

Justine A. Harris
Raphael A. Friedman
*Attorneys for Isidore Handler*

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 540.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: December 18, 2024

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156